UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

ANDREW P. GRZEGORZEWSKI and          CHAPTER 13
NIKKI A. GRZEGORZEWSKI                CASE NO. 22-35503(CGM)

        Debtors.
--------------------------------------------------------X

## ORDER GRANTING APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of Application for Allowance of Final Compensation and Reimbursement of Expenses (the "Application") and Supplemental Fee Application for professional services rendered and expenses incurred during the period commencing May 11, 2023 thorugh December 8, 2023; and a hearing having been held before this Court to consider the Application and Supplemental Application on January 30, 2024; and notice have been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore; it is hereby

**ORDERED,** that the Application is granted to the extent set forth in schedule C.



**Dated: January 31, 2024**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**