Case No.: 22-35503(CGM)  **Chapter 13 Fee Application**  Schedule C
Case Name: Andrew and Nikki Grzegorzewski   May 11, 2023 through December 8, 2023

| (1) Applicant | (2) Initial Fee Charged | (3) Amount of Initial Fee Paid | (4) Amount of Initial Fee Filed as Administrative Claim | (5) Amount of Initial Expenses Collected | (6) Additional Fees Requested | (7) Additional Expenses Requested | (8) Amount of Additional Fee Awarded | (9) Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| GENOVA, MALIN & TRIER, LLP. | $3,500.00 | $3,500.00 | $00.00 | $313.00 (filing fee) | $7,270.00 | $140.12 | $7,270.00 | $140.12 |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |