UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

Andrew P. Grzegorzewski &
*aka Andrew Peter Grzegorzewski*
*aka Andrew Grzegorzewsk*
*aka Andrzej Peter Grzegorzewski*
*aka Andrzej P. Grzegorzewski*
*aka Andrzej Grzegorzewski*
*dba AG Contractors*

Nikki A. Grzegorzewski
*aka Nikki A. Agnieszka*
*aka Nikki Agnieszka*
*aka Nikki Grzegorzewski*
*dba Keller Williams Realty*

    Debtor (s)

SSN xxx-xx-9757  SSN xxx-xx-8077
-------------------------------------------------------------x

Case No. 22-35503
Chapter 13

# ORDER CONFIRMING CHAPTER 13 PLAN

Definitions: **Definitions used in the Debtor's Plan apply to this Order.**

The Debtor's plan was filed on October 6, 2022 and modified on September 15, 2023. The plan was transmitted to creditors pursuant to Bankruptcy Rule 3015 and Local Rule 3015-1(c) and 3015-2. The Court finds that the Plan meets the requirements of 11 U.S.C. §1325.

**IT IS ORDERED THAT:**

The Plan is hereby **CONFIRMED.**



/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge

**Dated: February 13, 2024**
**Poughkeepsie, New York**